1

2

3

4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

5

6  UNITED STATES OF AMERICA,      )
                                   )

7                   Plaintiff,      )    Case No. MJ09-306-BAT-4
                                   )

8      v.                        )    DETENTION ORDER
                                   )

9  NEREYDA YASMIN PERALES,     )
                                   )

10                Defendant.     )
                                   )

11

Offense charged:

12

     Conspiracy to Distribute Cocaine.

13

     Possession of a Firearm During a Drug Trafficking Crime.

14

     Date of Detention Hearing:  June 23, 2009.

15

     The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and

16

based upon the factual findings and statement of reasons for detention hereafter set forth, finds

17

that no condition or combination of conditions which the defendant can meet will reasonably

18

assure the appearance of the defendant as required and the safety of any other person and the

19

community.

20

     FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

21

     (1)     Defendant has been charged by complaint with conspiracy to distribute cocaine and

22

possession of a firearm during a drug trafficking crime.

23

DETENTION ORDER -1

1    (2)      Defendant is a citizen of Mexico.  The Court received no information about his

2   personal history, residence, family ties, employment history, or health.

3    (3)      Because defendant is not a citizen, an immigration and customs detainer has been

4   lodged against him.  In view of these circumstances, the defendant through his attorney

5   stipulated to detention.

6       It is therefore ORDERED:

7    (1)      Defendant shall be detained pending trial and committed to the custody of the

8   Attorney General for confinement in a correctional facility separate, to the extent practicable,

9   from persons awaiting or serving sentences, or being held in custody pending appeal;

10    (2)      Defendant shall be afforded reasonable opportunity for private consultation with

11   counsel;

12    (3)      On order of a court of the United States or on request of an attorney for the

13   Government, the person in charge of the correctional facility in which Defendant is confined shall

14   deliver the defendant to a United States Marshal for the purpose of an appearance in connection

15   with a court proceeding; and

16    (4)      The clerk shall direct copies of this order to counsel for the United States, to counsel

17   for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

18       DATED this 23rd day of June, 2009.

19

20

                               _____
                               BRIAN A. TSUCHIDA

21                             United States Magistrate Judge

22

23

DETENTION ORDER -2